■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL VIVES, Appellant. [872 NYS2d 1]

The record supports the court's discretionary upward departure to a level three sex offender adjudication. There was ample evidence to support aggravating factors not adequately accounted for in the risk assessment instrument (*see e.g. People v O'Flaherty*, 23 AD3d 237 [2005], *lv denied* 6 NY3d 705 [2006]), and there was no improper double counting. These aggravating factors demonstrated that defendant is a dangerous pedophile with a grave risk of reoffending, notwithstanding his conclusory claims of having been rehabilitated during his incarceration. Concur—Andrias, J.P., Nardelli, Sweeny, DeGrasse and Freedman, JJ.